IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:16-cr-34-J-32JRK |
| Plaintiff | ) | JUDGE TIMOTHY J. CORRIGAN |
| | ) | |
| -vs- | ) | |
| CARLA WILEY | ) | |
| Defendant | ) | |

## MOTION TO POSTPONE PRISON REPORTING DATE

**NOW COMES** the Defendant, Carla Wiley, pro se, and respectfully moves this Honorable Court to postpone her prison reporting date for an additional 31 days from January 8, 2018, to February 8, 2018. The grounds for this Motion are as follows:

1. Ms. Wiley is in the process of getting her business affairs in order, transferring assets into her adult son's name to financially handle her affairs during her incarceration, requiring additional time.

2. Ms. Wiley is still in the process of settling her mother's estate since she passed away in September this year. Ms. Wiley is the only next of kin surviving and this tedious process requires the additional time requested.

3. Since Ms. Wiley's Imposition of Sentence on December 4, 2017, the Federal Bureau of Prisons ("FBOP") has not successfully been able to designate

placement for her within their system. If not designated by January 8, 2018, she will have to surrender to a Federal Detention Center (FDC), a high-security, spartan facility utterly inappropriate for a first-time, nonviolent offender. With her report date so close, Ms. Wiley has little chance to be placed in a facility of suitable minimum security. Such a request for extra time to report allows her the best opportunity to be properly placed. A short deferment such as requested will allow the defendant to continue working in the interim to pay bills and save for restitution.

4.      Absent initial permanent positioning in the FBOP, Ms. Wiley would then have to be moved to her proper correctional institution upon her eventual assignment there, by diesel therapy, the arduous, filthy, and uncomfortable air or ground transport shackling the inmates of all custody levels with upper and lower body chains for a circuitous shared ride of weeks or months before an individual's destination is reached, by bus or plane.

**WHEREFORE**, for the reasons stated above, Ms. Wiley respectfully requests that this Honorable Court postpone her reporting date to February 8, 2018.

Respectfully submitted,

*Carla Wiley*
Carla Wiley, pro se

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2017, a copy of the foregoing has been filed by certified mail to the Clerk of Courts office. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Carla Wiley*
Carla Wiley, pro se