**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                Case No. 3:16-cr-34-J-32JRK

CARLA WILEY

_____

### ORDER

The Court's December 6, 2017 Judgment directs that Ms. Wiley shall surrender for service of her sentence at the institution designated by the Bureau of Prisons on a date that shall be <u>no earlier than</u> January 8, 2018. <u>See</u> Judgment, Doc. 42 at 2.  Ms. Wiley has filed a pro se motion for extension of time, explaining that a January 8, 2018 report date gives her insufficient time to get her affairs in order and stating that the Bureau of Prisons has not yet designated the institution at which she will serve her sentence.  <u>See</u> Motion, Doc. 46.  It appears Ms. Wiley has misunderstood the Court's Judgment.  She is directed to voluntarily surrender only after the Bureau of Prisons has designated an institution, on a date that shall be no earlier than January 8.  And in fact, the Bureau of Prisons has now advised the Pretrial Services Office that Ms. Wiley's report date will be January 29, 2018 (the Bureau will designate a facility before then).  The Court believes a January 29, 2018 report date gives Ms. Wiley sufficient time to get her affairs in order and her request for an even later report date is denied.  **Ms. Wiley shall voluntarily surrender at the institution designated by the Bureau of Prisons on January 29, 2018 by noon.**

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
D. Gray Thomas, Esq.
Justin Fairfax, Esq.
United States Marshals Service
Bureau of Prisons
United States Probation Office
United States Pretrial Services
Defendant