# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.    Case No. 3:16-cr-34-J-32JRK

CARLA WILEY

_____

## ORDER

Upon review, Ms. Wiley's Pro Se Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (Doc. 49), to which the government responded (Doc. 50), is **denied**.  This denial does not interfere with Ms. Wiley's ability to seek Second Chance Act consideration from the Bureau of Prisons.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of July, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
Justin E. Fairfax, Esq.
D. Gray Thomas, Esq.
United States Marshals Service
United States Probation Office
Defendant